IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| ASHLIE MUNCEY, et al.,<br><br>     Plaintiffs,<br><br>     v.<br><br>THOMAS LEE HICKS, JR., et al.,<br><br>     Defendants. | CIVIL ACTION NO.: 5:23-cv-78 |

**O R D E R**

The Court previously stayed all discovery deadlines in this case until the Court ruled on Plaintiffs' motion to amend and Defendants' motions to dismiss. Doc. 42. The Court recently issued rulings on these motions. Docs. 46, 48. The Court hereby **LIFTS** the stay imposed in this case. The Court **DIRECTS** the parties to conduct their Rule 26(f) conference within 14 days of this Order. The parties shall file their Rule 26(f) report within 7 days of the conference.

**SO ORDERED**, this 1st day of April, 2024.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA