**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**

| | |
|---|---|
| ASHLEY MUNCEY, JONATHAN TUCKER, as Surviving Parents of Loyce Tucker, and ASHLEY MUNCEY, as Administrator of the Estate of Loyce Luther Tucker, Deceased,<br><br>*Plaintiffs*,<br><br>v.<br><br>THOMAS LEE HICKS, Jr., JIMMY MOORE, and THE GEORGIA DEPARTMENT OF JUVENILE JUSTICE,<br><br>*Defendants*. | Civil Action<br>File No. 5:23-cv-00078-LGW-BWC |

## DEFENDANT HICKS'S ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT

COMES NOW, Defendant Thomas Hicks, and answers the numbered paragraphs of Plaintiff's Second Amended Complaint, [Doc. 47], as follows:

## GENERAL DENIAL

Defendant denies each and every allegation of fact and conclusion of law contained in the Complaint that has not been expressly admitted in the below-numbered paragraphs.

## AFFIRMATIVE AND OTHER DEFENSES

Defendant asserts the following defenses, each a separate and distinct

defense to Plaintiff's alleged causes of action as well as to the entire Complaint. Insofar as any of the following expresses denial of an element of the claims, or any of them, alleged against Defendant, such expression is in no way intended as a concession that Plaintiff is relieved of her burden to prove each and every element of any such claim. Defendant does not assume the burden on any defense asserted that is adjudged not to be an affirmative defense, whether listed here or not.

**FIRST DEFENSE**

Plaintiff has failed to allege sufficient facts to state any claims upon which relief can be granted.

**SECOND DEFENSE**

Plaintiff's claims are barred in whole or in part by the applicable statute(s) of limitations.

**THIRD DEFENSE**

Defendant Hicks is entitled to governmental, sovereign, qualified, and official immunity from Plaintiff's claims against him.

**FOURTH DEFENSE**

The Court lacks subject matter jurisdiction to the extent that this action is barred by sovereign immunity and official immunity.

**FIFTH DEFENSE**

Hicks is not subject to suit in his official capacity under 42 U.S.C. § 1983.

## SIXTH DEFENSE

This Court lacks personal jurisdiction over this Defendant and/or there has been an insufficiency of service of process as to this Defendant.

## SEVENTH DEFENSE

This Defendant was not negligent or otherwise guilty of any wrongful act that proximately caused injuries to Plaintiffs or Loyce Tucker as alleged in the Complaint.

## EIGHTH DEFENSE

Plaintiffs' and Loyce Tucker's alleged injuries and damages were not proximately caused by any act or omission on the part of Hicks, with the result that Plaintiffs are not entitled to recover against Hicks in this case.

## NINTH DEFENSE

Defendant asserts the defenses of sovereign, governmental, official, and qualified immunity to the full extent provided by law.

## TENTH DEFENSE

Plaintiffs' claims are barred, in whole or in part by the doctrine of qualified immunity.

## ELEVENTH DEFENSE

The Complaint, in whole or in part, is barred by Article I, Sec. II, Para. IX of the Georgia Constitution of 1983, as amended, by the Georgia Tort Claims Act,

O.C.G.A. § 50-21-20 *et seq.*

**TWELFTH DEFENSE**

Plaintiffs' have not been subjected to the deprivation of any rights, privileges, or immunities secured by the Constitution or laws of the United States.

**THIRTEENTH DEFENSE**

Defendant has not caused Plaintiffs any injury cognizable pursuant to 42 U.S.C. § 1983.

**FOURTEENTH DEFENSE**

Defendant cannot be held liable under 42 U.S.C. § 1983 for any actions involving Plaintiffs or Loyce Tucker in which he did not directly participate or of which he did not know of or over which he had no control.

**FIFTEENTH DEFENSE**

Defendant, in his official capacity, is entitled to Eleventh Amendment immunity and sovereign immunity from Plaintiffs' claims.

**SIXTEENTH DEFENSE**

Defendant, in his official capacity, is not a "person" within the meaning of 42 U.S.C. section 1983.

**SEVENTEENTH DEFENSE**

The sole proximate cause of Plaintiffs' or Tucker's alleged injuries and damages was the act of a person or persons for whose acts or omissions Defendant

is in no way liable, with the result that Plaintiffs are not entitled to recover.

**EIGHTEENTH DEFENSE**

The claims and allegations in the Complaint, even if taken as true, do not state a claim for relief under 42 U.S.C. § 1983, as any deprivation alleged therein does not rise to the level of a constitutional violation; as such, this Defendant respectfully submits that the Court lacks subject matter jurisdiction.

**NINETEENTH DEFENSE**

This Defendant shows that, under all of the facts and circumstances, his conduct did not violate any clearly established constitutional right of which a reasonable officer or official would have known, and was likewise objectively reasonable, thereby entitling Defendant to qualified immunity from Plaintiffs' claims.

**TWENTIETH DEFENSE**

The alleged injuries and damages sustained by Plaintiffs or Loyce Tucker resulted solely from the voluntary and intentional conduct of Plaintiffs or Tucker and not from any conduct of this Defendant.

**TWENTY-FIRST DEFENSE**

Plaintiffs fail to state a cause of action for attorney's fees.

**TWENTY-SECOND DEFENSE**

Specifically responding to the allegations contained in the numbered

paragraphs of Plaintiffs' Complaint, Defendant further answers as follows:

## I. PARTIES, VENUE, AND JURISDICTION

1. Defendant invokes his Fifth Amendment right against self-incrimination in response to the allegations in this paragraph of Plaintiff's Complaint.
2. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 2 of Plaintiff's Complaint.
3. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 3 of Plaintiff's Complaint.
4. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 4 of Plaintiff's Complaint.
5. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 5 of Plaintiff's Complaint.
6. Admitted.
7. Admitted.
8. Plaintiff's statement is a conclusion of law to which no response is required.
9. Defendant is without knowledge or information sufficient to form a belief as

to the truth of the allegations contained in paragraph 9 of Plaintiff's Complaint.

10. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 10 of Plaintiff's Complaint.
11. Plaintiff's statement is a conclusion of law to which no response is required.
12. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 12 of Plaintiff's Complaint.
13. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 13 of Plaintiff's Complaint.
14. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 14 of Plaintiff's Complaint.
15. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 15 of Plaintiff's Complaint.
16. Defendant shows that Exhibit D is the best evidence and that the document speaks for itself.

17. In response to Paragraph 17 of the Complaint, Plaintiff's statement regarding jurisdiction and venue is a conclusion of law to which no response is required. To the extent a response is required, Defendant admits this Court has jurisdiction over this matter and venue is proper.

## II. FACTS

18. Defendant invokes his Fifth Amendment right against self-incrimination in response to the allegations in this paragraph of Plaintiff's Complaint.
19. Defendant invokes his Fifth Amendment right against self-incrimination in response to the allegations in this paragraph of Plaintiff's Complaint.
20. Defendant invokes his Fifth Amendment right against self-incrimination in response to the allegations in this paragraph of Plaintiff's Complaint.
21. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 21 of Plaintiff's Complaint and hence denies same and demands strict proof thereof by Plaintiff.
22. Defendant invokes his Fifth Amendment right against self-incrimination in response to the allegations in this paragraph of Plaintiff's Complaint.
23. Defendant invokes his Fifth Amendment right against self-incrimination in response to the allegations in this paragraph of Plaintiff's Complaint.
24. Defendant invokes his Fifth Amendment right against self-incrimination in

response to the allegations in this paragraph of Plaintiff's Complaint.

25. Defendant invokes his Fifth Amendment right against self-incrimination in response to the allegations in this paragraph of Plaintiff's Complaint.

26. Defendant invokes his Fifth Amendment right against self-incrimination in response to the allegations in this paragraph of Plaintiff's Complaint.

27. Defendant invokes his Fifth Amendment right against self-incrimination in response to the allegations in this paragraph of Plaintiff's Complaint.

28. Defendant invokes his Fifth Amendment right against self-incrimination in response to the allegations in this paragraph of Plaintiff's Complaint.

29. Defendant invokes his Fifth Amendment right against self-incrimination in response to the allegations in this paragraph of Plaintiff's Complaint.

30. Defendant invokes his Fifth Amendment right against self-incrimination in response to the allegations in this paragraph of Plaintiff's Complaint.

31. Defendant invokes his Fifth Amendment right against self-incrimination in response to the allegations in this paragraph of Plaintiff's Complaint.

32. Defendant invokes his Fifth Amendment right against self-incrimination in response to the allegations in this paragraph of Plaintiff's Complaint.

33. Defendant invokes his Fifth Amendment right against self-incrimination in response to the allegations in this paragraph of Plaintiff's Complaint.

34. Defendant is without knowledge or information sufficient to form a belief as

to the truth of the allegations contained in paragraph 34 of Plaintiff's Complaint.

35. Defendant invokes his Fifth Amendment right against self-incrimination in response to the allegations in this paragraph of Plaintiff's Complaint.

36. Defendant invokes his Fifth Amendment right against self-incrimination in response to the allegations in this paragraph of Plaintiff's Complaint.

37. Defendant invokes his Fifth Amendment right against self-incrimination in response to the allegations in this paragraph of Plaintiff's Complaint.

38. Defendant invokes his Fifth Amendment right against self-incrimination in response to the allegations in this paragraph of Plaintiff's Complaint.

39. Defendant invokes his Fifth Amendment right against self-incrimination in response to the allegations in this paragraph of Plaintiff's Complaint.

40. Defendant invokes his Fifth Amendment right against self-incrimination in response to the allegations in this paragraph of Plaintiff's Complaint.

41. Defendant invokes his Fifth Amendment right against self-incrimination in response to the allegations in this paragraph of Plaintiff's Complaint.

42. Defendant invokes his Fifth Amendment right against self-incrimination in response to the allegations in this paragraph of Plaintiff's Complaint.

43. Defendant invokes his Fifth Amendment right against self-incrimination in response to the allegations in this paragraph of Plaintiff's Complaint.

44. Defendant invokes his Fifth Amendment right against self-incrimination in response to the allegations in this paragraph of Plaintiff's Complaint.
45. Defendant invokes his Fifth Amendment right against self-incrimination in response to the allegations in this paragraph of Plaintiff's Complaint.
46. Defendant invokes his Fifth Amendment right against self-incrimination in response to the allegations in this paragraph of Plaintiff's Complaint.
47. Defendant invokes his Fifth Amendment right against self-incrimination in response to the allegations in this paragraph of Plaintiff's Complaint.
48. Defendant invokes his Fifth Amendment right against self-incrimination in response to the allegations in this paragraph of Plaintiff's Complaint.
49. Defendant invokes his Fifth Amendment right against self-incrimination in response to the allegations in this paragraph of Plaintiff's Complaint.
50. Defendant invokes his Fifth Amendment right against self-incrimination in response to the allegations in this paragraph of Plaintiff's Complaint.
51. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 51 of Plaintiff's Complaint.
52. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 52 of Plaintiff's Complaint.

53. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 53 of Plaintiff's Complaint.
54. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 54 of Plaintiff's Complaint.
55. Defendant invokes his Fifth Amendment right against self-incrimination in response to the allegations in this paragraph of Plaintiff's Complaint.
56. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 56 of Plaintiff's Complaint.
57. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 57 of Plaintiff's Complaint.
58. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 58 of Plaintiff's Complaint.
59. Admitted.
60. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 60 of Plaintiff's

Complaint.

61. Plaintiff's statement is a conclusion of law to which no response is required.

## III. CAUSES OF ACTION

### Count I

### Failure to Protect – Deliberate Indifference to Risk of Serious Harm in Violation of the Eighth Amendment to the United States Constitution-42 U.S.C. § 1983
*Against Defendant Thomas Hicks, Jr.*

62. By way of response to paragraph 62 of Plaintiff's Complaint, Defendant incorporates all answers and defenses set forth as above as though fully stated herein.

63. Plaintiff's statement is a conclusion of law to which no response is required.

64. Defendant invokes his Fifth Amendment right against self-incrimination in response to the allegations in this paragraph of Plaintiff's Complaint.

65. Defendant invokes his Fifth Amendment right against self-incrimination in response to the allegations in this paragraph of Plaintiff's Complaint.

66. Defendant invokes his Fifth Amendment right against self-incrimination in response to the allegations in this paragraph of Plaintiff's Complaint.

67. Defendant invokes his Fifth Amendment right against self-incrimination in response to the allegations in this paragraph of Plaintiff's Complaint.

Count II

Failure to Protect – Deliberate Indifference to Risk of Serious Harm in Violation of the Eighth Amendment to the United States Constitution-42 U.S.C. § 1983
*Against Defendant Jimmy Moore*

68. By way of response to paragraph 68 of Plaintiff's Complaint, Defendant incorporates all answers and defenses set forth as above as though fully stated herein.
69. Defendant invokes his Fifth Amendment right against self-incrimination in response to the allegations in this paragraph of Plaintiff's Complaint.
70. Defendant invokes his Fifth Amendment right against self-incrimination in response to the allegations in this paragraph of Plaintiff's Complaint.
71. Defendant invokes his Fifth Amendment right against self-incrimination in response to the allegations in this paragraph of Plaintiff's Complaint.
72. Defendant invokes his Fifth Amendment right against self-incrimination in response to the allegations in this paragraph of Plaintiff's Complaint.
73. Defendant invokes his Fifth Amendment right against self-incrimination in response to the allegations in this paragraph of Plaintiff's Complaint.

Count III

Deliberate Indifference to Serious Need in Violation of the Eighth Amendment to the United States Constitution-42 U.S.C. § 1983
*Against Defendant Thomas Hicks*

74. By way of response to paragraph 74 of Plaintiff's Complaint, Defendant incorporates all answers and defenses set forth as above as though fully stated herein.

75. Defendant invokes his Fifth Amendment right against self-incrimination in response to the allegations in this paragraph of Plaintiff's Complaint.

76. Defendant invokes his Fifth Amendment right against self-incrimination in response to the allegations in this paragraph of Plaintiff's Complaint.

77. Defendant invokes his Fifth Amendment right against self-incrimination in response to the allegations in this paragraph of Plaintiff's Complaint.

78. Defendant invokes his Fifth Amendment right against self-incrimination in response to the allegations in this paragraph of Plaintiff's Complaint.

79. Defendant invokes his Fifth Amendment right against self-incrimination in response to the allegations in this paragraph of Plaintiff's Complaint.

80. Defendant invokes his Fifth Amendment right against self-incrimination in response to the allegations in this paragraph of Plaintiff's Complaint.

81. Defendant invokes his Fifth Amendment right against self-incrimination in response to the allegations in this paragraph of Plaintiff's Complaint.

82. Defendant invokes his Fifth Amendment right against self-incrimination in response to the allegations in this paragraph of Plaintiff's Complaint.

83. Defendant invokes his Fifth Amendment right against self-incrimination in

response to the allegations in this paragraph of Plaintiff's Complaint.

Count IV

Respondeat Superior Liability – State Law
*Against the Georgia Department of Juvenile Justice for Delay of Medical Care*

84. By way of response to paragraph 84 of Plaintiff's Complaint, Defendant incorporates all answers and defenses set forth as above as though fully stated herein.
85. Plaintiff's statement is a conclusion of law to which no response is required.
86. Defendant invokes his Fifth Amendment right against self-incrimination in response to the allegations in this paragraph of Plaintiff's Complaint.
87. Defendant invokes his Fifth Amendment right against self-incrimination in response to the allegations in this paragraph of Plaintiff's Complaint.
88. Defendant invokes his Fifth Amendment right against self-incrimination in response to the allegations in this paragraph of Plaintiff's Complaint.
89. Defendant invokes his Fifth Amendment right against self-incrimination in response to the allegations in this paragraph of Plaintiff's Complaint.
90. Defendant invokes his Fifth Amendment right against self-incrimination in response to the allegations in this paragraph of Plaintiff's Complaint.
91. Plaintiff's statement is a conclusion of law to which no response is required.

Count V

Attorney's Fees and Litigation Expenses

92. Plaintiff's statement is a conclusion of law to which no response is required.

93. Plaintiff's statement is a conclusion of law to which no response is required.

## PRAYER FOR RELIEF

Defendant denies that Plaintiffs are entitled to judgment in their favor and that Plaintiff is entitled to any form of legal or equitable relief requested in the unnumbered "Prayer for Relief," including its subparts (A) through (F) following paragraph 93.

## RESERVATION OF RIGHTS

Defendant hereby gives notice that it intends to rely on such other defenses and affirmative defenses as might become available or apparent during the course of discovery and, thus, reserves the right to amend this Answer and serve such defenses and otherwise supplement the foregoing Defenses.

WHEREFORE, having answered Plaintiff's Complaint and asserted its defenses thereto, Defendant prays that Plaintiff's Complaint be dismissed in its entirety, that judgment be entered in favor of Defendant and against Plaintiff, and that Defendant recover its costs and reasonable attorneys' fees incurred in this matter, together with such other and further relief as the Court may deem just and

proper.

Respectfully submitted this 7th day of November 2024.

HENEFELD & GREEN P.C.

/s/ Paul Henefeld
Paul Henefeld, Esq.
Georgia Bar No. 346755
/s/ Noah Green
Noah Green
Georgia Bar No. 468138
*Attorneys for Defendant Hicks*

**Henefeld & Green, P.C.**
3017 Bolling Way NE, Suite 129
Atlanta, Georgia 30305
404-841-1275
phenefeld@henefeldgreen.com
ngreen@henefeldgreen.com

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this day served the opposing party with a true and correct copy of ***Defendant Thomas Lee Hicks' Answer to Plaintiff's Second Amended Complaint*** by filing same with the Clerk of Court using the CM/ECF system, which will provide email notification to all the attorneys of record.

This 7th day of November 2024.

Respectfully submitted,

<u>/s/ Noah Green</u>
Noah Green
Georgia Bar No. 468138
*Attorney for Defendant Hicks*

**Henefeld & Green, P.C.**
3017 Bolling Way NE, Suite 129
Atlanta, Georgia 30305
404-841-1275
Fax: 404-841-0248
ngreen@henefeldgreen.com