**IN THE UNITED STATES DISTRICT OF COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA**

| | |
|---|---|
| **ASHLIE MUNCEY; *et al*.,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**THOMAS LEE HICKS, JR., *et al*.,**<br><br>**Defendants.** | **CIVIL ACTION<br>CASE No. 5:23-cv-00078** |

## NOTICE OF SETTLEMENT

The Parties in the above-styled lawsuit, through undersigned counsel, hereby file this Notice of Settlement. Plaintiffs and Defendants have reached a settlement of this case. The Parties anticipate finalizing and executing all settlement documents in the next thirty (30) days and will then file a Stipulation of Dismissal, with prejudice.

Respectfully submitted,

Christopher M. Carr 112505
Attorney General

Loretta L. Pinkston-Pope 580385
Deputy Attorney General

William W. Peters 515342
Senior Assistant Attorney General

*/s/ Kirkland E. Reid*
Kirkland E. Reid
Georgia Bar No. 525013
J. Benjamin Finley
Georgia Bar No. 261504
Special Assistant Attorney General

**THE FINLEY FIRM, P.C.**
200 13th St.
Columbus, GA 31901
Telephone: (706) 322-6226
KReid@TheFinleyFirm.com
*Attorneys for Defendants Georgia Department of Juvenile Justice and Jimmy Moore*

*/s/ Paul Henefeld*
Paul Henefeld
Georgia Bar No. 346755
*Attorneys for Defendant Thomas Hicks*

**HENEFELD & GREEN, P.C.**
3017 Bolling Way NE, Suite 129
Atlanta, Georgia 30324
404-841-1275
Fax 404-841-0248
PHenefeld@HenefeldGreen.com

*/s/ Brent J. Savage, Jr.*
Brent J. Savage, Jr.
Georgia Bar No. 940349
Elizabeth McKee
Georgia Bar No. 124840

**SAVAGE, TURNER, PINCKNEY, SAVAGE & SPROUSE**
102 E. Liberty Street, 8th Floor
Savannah, GA 31412
(912) 231-1140
brentsavagejr@savagelawfirm.net
lmckee@savagelawfirm.net
*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I certify that on the date below I electronically filed the foregoing using the CM/ECF system which will send notification to all counsel of record.

This 22nd day of September, 2026.

*/s/ Kirkland E. Reid*
KIRKLAND E. REID