**IN THE UNITED STATES DISTRICT OF COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**

| | |
|---|---|
| **ASHLIE MUNCEY; *et al.*,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**THOMAS LEE HICKS, JR.; *et al.*,**<br><br>**Defendants.** | **CIVIL ACTION**<br>**CASE No. 5:23-cv-00078** |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Ashlie Muncey and Jonathan Tucker, as surviving parents of Loyce Tucker, and Ashlie Muncey, as Administrator of the Estate of Loyce Tucker, and Defendants Thomas Lee Hicks, Jr., the Georgia Department of Juvenile Justice, and Jimmy Moore, through counsel, hereby stipulate that the above-styled action, and all claims asserted or that could have been asserted therein, be dismissed **with prejudice**. The parties shall bear their own costs and expenses.

This the 28th day of October, 2026.

Respectfully submitted,

Christopher M. Carr 112505
Attorney General

Loretta L. Pinkston-Pope 580385
Deputy Attorney General

Roger A. Chalmers 118720
Senior Assistant Attorney General

*/s/ Kirkland E. Reid*
Kirkland E. Reid
Georgia Bar No. 525013
J. Benjamin Finley
Georgia Bar No. 261504
Special Assistant Attorney General
*Attorneys for Defendants Georgia Department of Juvenile Justice and Jimmy Moore*

**THE FINLEY FIRM, P.C.**
200 13th Street
Columbus, Georgia 31901
Telephone: 706-322-6226
Facsimile: 706-322-6221
Kreid@TheFinleyFirm.com

*/s/ Brent J. Savage, Jr. (with express consent)*
Brent J. Savage, Jr.
Georgia Bar No. 940349
Elizabeth McKee
Georgia Bar No. 124840
*Attorneys for Plaintiffs*

**SAVAGE, TURNER, PINCKNEY, SAVAGE & SPROUSE**
102 E. Liberty Street, 8th Floor
Savannah, GA 31412
(912) 231-1140
brentsavagejr@savagelawfirm.net
lmckee@savagelawfirm.net

*/s/Paul Henefeld (with express consent)*
Paul Henefeld
Georgia Bar No. 346755
*Attorney for Defendant Thomas Hicks, Jr.*

**HENEFELD & GREEN, P.C.**
3017 Bolling Way NE, suite 129
Atlanta, Georgia 30324
404-841-1275
Fax 404-841-0248
PHenefeld@HenefeldGreen.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 28, 2026, I filed a copy of the foregoing document via the CM/ECF filing system which will serve notice to all counsel of record.

*/s/ Kirkland E. Reid*
Kirkland E. Reid